UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Steven Keith Tomita,<br><br>               Defendant. | CASE NO. CR15-5187<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, Barb Sievers;

The defendant appears personally and represented by counsel, Dennis Carroll;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION BY UNITED
STATES PRETRIAL SERVICES - 1

1 | The defendant having been found to be in violation of his bond as set forth in the petition
2 | after a hearing before the undersigned,
3 | The court having determined that the defendant violated the conditions of his/her
4 | Appearance Bond, Now therefore defendant's Appearance Bond is hereby:
5 | ( ) continued in effect.
6 | ( ) modified as follows:
7 | ( X ) revoked, and the defendant is ordered detained for failing to show that he/she will
8 | not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and
9 | CrR 46(c), to be delivered as ordered by the court for further proceedings.
10 | The clerks shall direct copies of this order to counsel for the United States, to counsel for
11 | the defendant, the United States Marshal and to the United States Probation Office and/or
12 | Pretrial Services Office.
13 | Dated this 8 day of July, 2015.

*s/ David W. Christel*
David W. Christel
United States Magistrate Judge

ORDER RE: ALLEGATIONS OF VIOLATION OF
CONDITIONS OF SUPERVISION BY UNITED
STATES PRETRIAL SERVICES - 2